UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-61350-RS

EMMY TAYLER,

    *Plaintiff*,

v.

JULIE K. BROWN and
HARPERCOLLINS PUBLISHERS LLC,

    *Defendants*.

_____/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Emmy Tayler hereby files this Notice of Voluntary Dismissal without Prejudice as to defendants Julie K. Brown and HarperCollins Publishers LLC, with each party to bear their own attorneys' fees and costs.

Dated:  November 23, 2022

Respectfully submitted,

**AXS LAW GROUP, PLLC**
2121 NW 2nd Ave, Suite 201
Miami, Florida 33127
Telephone: (305) 297-1878

By: */s/ Courtney Caprio*
Jeffrey W. Gutchess, Esq.
Florida Bar No. 702641
jeff@axslawgroup.com
Courtney Caprio
Florida Bar No. 933961
courtney@axslawgroup.com
Joanna Niworowski
Florida Bar. No. 1031440
joanna@axslawgroup.com
eservice@axslawgroup.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2022, a true and correct copy of the foregoing document was served and filed via the Court's CM/ECF system.

/s/ *Courtney Caprio*
Courtney Caprio
