UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-61350-RS

EMMY TAYLER,

    Plaintiff,

v.

JULIE K. BROWN and
HARPERCOLLINS PUBLISHERS LLC,

    Defendants.
_____/

## ORDER OF DISMISSAL

This matter is before the Court upon Plaintiff's Notice of Voluntary Dismissal without Prejudice [DE 6]. Accordingly, it is hereby,

**ORDERED** that:

1. This matter is **DISMISSED without prejudice**.

2. All pending motions are **DENIED as moot**.

3. Each party shall bear its own attorneys' fees and costs.

4. This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 23rd day of November, 2022.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record